**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MBC DEVELOPMENT, LP, MBC MANAGEMENT, LLC, MBC PROPERTIES, LP, JAMES L. MILLER, MILLER PROPERTIES MANAGEMENT, LLC, MARTIN CERULLO, WILLIAM KIRWAN | : No. 387 MAL 2022<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court<br>:<br>: |
| v. | :<br>:<br>: |
| JAMES W. MILLER | :<br>:<br>: |
| PETITION OF: MBC DEVELOPMENT, LP, MBC MANAGEMENT, LLC, MBC PROPERTIES, LP, JAMES L. MILLER, AND MILLER PROPERTIES MANAGEMENT, LLC | :<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of January, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity is:

> Whether a limited partner can force arbitration of his challenges to a special litigation committee—despite the Limited Partnership Act's mandate that a partnership agreement "may not . . . vary" the Act's requirement that those challenges be subjected only to a "court review"?